**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**JOHNATHAN WILSON**                                                                 **PLAINTIFF**

**V.**                                      **CASE NO. 3:23-CV-3018**

**SHERIFF ROY MARTIN,**
**Boone County, Arkansas; and**
**NURSE JODY WOODS**                                                    **DEFENDANTS**

<u>**ORDER**</u>

Now pending before the Court is the Report and Recommendation (Doc. 47) filed on June 14, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**, and Defendants' Motion for Summary Judgment (Doc. 30) and Supplemental Motion for Summary Judgment (Doc. 38) are both **DENIED**. This case remains referred to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED** on this 2nd day of July, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE