IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JONATHAN WILSON                                                                                          PLAINTIFF

V.                                       CASE NO. 3:23-CV-3018

SHERIFF ROY MARTIN, Boone County, Arkansas;
and NURSE JODY WOODS                                                                           DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 80) filed in this case on June 9, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** based on Plaintiff's intentional failure to prosecute this case, his failure to obey the orders of the Court; and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 27th day of June, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE